DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JONATHAN R. VELA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1821

[December 28, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates Jr., Judge; L.T. Case No. 502018CF011814.

Jonathan R. Vela, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***